IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| JOSH LIMAS | ) |
| | ) |
| VS. | )   C.A. NO. 5:20-cv-00178 |
| | ) |
| ZAPATA CONVENT LTD. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
## PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, JOSH LIMAS Plaintiff and ZAPATA CONVENT LTD. Defendant have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), requests dismissal of all claims against Defendant in their entirety and with prejudice.

## STIPULATION

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED:    November 20, 2020    FOR JOSH LIMAS, Plaintiff

BY:    _/S/   R. Bruce Tharpe_____
R. Bruce Tharpe
PO Box 101
Olmito, Texas 78575
(956) 255-5111 - Office
(866) 599-2596 - Fax
Texas State Bar ID No. 19823800
Federal Bar ID 13098

DATED: November 20, 2020    ZAPATA CONVENT LTD, Defendant

BY: __/S/   Emilio "Chito" Davila_____
Mr. Emilio "Chito" Davila
Attorney at Law
1112 San Agustin
Laredo, Texas 78040
(956) 723-3639 (Office)
(956) 727-8130 (Fax)