United States District Court
Southern District of Texas
**ENTERED**
November 25, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| JOSH LIMAS, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIV. ACTION NO. 5:20-CV-178 |
| § | |
| ZAPATA-CONVENT LIMITED, § | |
| § | |
| Defendant. § | |

## ORDER

On November 20, 2020, Plaintiff Josh Limas and Defendant Zapata-Convent Limited filed a "Joint Stipulation of Dismissal with Prejudice Pursuant to FRCP 41(a)(1)" (Dkt. 5). The stipulation (Dkt. 5), which is signed by counsel for all Parties, satisfies the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and requests a dismissal with prejudice. (*Id.* at 1.) Accordingly, the case is hereby DISMISSED WITH PREJUDICE. *See* Fed. R. Civ. P. 41(a)(1)(B). The Clerk of Court is DIRECTED to TERMINATE the case.

IT IS SO ORDERED.

SIGNED this 25th day of November, 2020.

_____
Diana Saldaña
United States District Judge